# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THE HUMANE SOCIETY OF THE HARRISBURG AREA, INC.

    v.

WARREN PRINCE, AS THE PERSONAL REPRESENTATIVE FOR THE ESTATE OF REBECCA L. ROBERTS

COMMONWEALTH OF PENNSYLVANIA

    v.

REBECCA L. ROBERTS

IN RE: ESTATE OF: REBECCA L. ROBERTS, DECEASED

PETITION OF: WARREN H. PRINCE, PREVIOUSLY ADMINISTRATOR OF THE ESTATE OF REBECCA L. ROBERTS, DECEASED

:  No. 181 MM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of January, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.